Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
Christine A. Webb, OSB #184744
E-mail: caw@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>RI KY ROOFING & SHEET METAL, LLC, an Oregon limited liability company; and DTL BUILDERS, INC., a Utah corporation,<br><br>               Defendants. | Civil No. 3:20-cv-00444-BR<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Colony Insurance Company makes the following disclosure:

Colony Insurance Company is a Virginia corporation.  Argo Group International Holdings, Ltd., is the only publicly-traded company that owns 10% or more of Colony Insurance Company's stock.

MALONEY | LAUERSDORF | REINER pc
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
Page 1

DATED: March 24, 2020

                MALONEY LAUERSDORF REINER, PC


                By /s/ Andrew C. Lauersdorf
                    Andrew C. Lauersdorf, OSB #980739
                    Telephone: 503.245.1518
                    Christine A. Webb, OSB #184744
                    Telephone: 503.245.1518

                    Attorneys for Plaintiff
                    Colony Insurance Company

1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
Page 2